## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Justin L. Victory,<br><br>       Plaintiff<br><br>v.<br><br>Zach Conine,<br><br>       Defendant | Case No.: 2:25-cv-00605-JAD-EJY<br><br>**Order Closing Case<br>as Inadvertently Opened** |

On April 2, 2025, the court received an application to proceed *in forma pauperis* from plaintiff Justin L. Victory for a case against defendant Zach Conine.  The court opened a case and filed the application to proceed *in forma pauperis* in that case.[1]  The next day, the court received a complaint from Victory for a case against defendant Zach Conine.  Because the complaint was received separately from the previously filed application to proceed *in forma pauperis*, the court opened this case and filed the complaint at ECF No. 1-1.  Victory then filed an application to proceed *in forma pauperis* in this case.[2]

Victory subsequently filed a document in Case No. 2:25-cv-00604-APG-DJA indicating that he did not mean to open two separate cases.[3]  I take judicial notice of Victory's filing in that case.  In that filing, Victory suggests proceeding in this case because he has already filed both a complaint and an application to proceed *in forma pauperis* in this case.[4]  But he states that he is

---

[1] *See* Case No. 2:25-cv-00604-APG-DJA.

[2] ECF No. 3.

[3] Case No. 2:25-cv-00604-APG-DJA at ECF No. 4.

[4] *Id.* at 2.

"alright with either judge," that he did not mean to litigate duplicative facts at the same time, and that he apologizes for any confusion.[5]

When a plaintiff opens multiple cases for the same claims, as happened here, he must proceed with the first case that was opened. This is necessary to avoid the possibility that a plaintiff would open multiple cases to try and get a specific judge. Although it appears that Victory opened two cases completely by accident, rather than any attempt to get a specific judge, he must still proceed in the first case to avoid any appearance of judge shopping. Therefore, I instruct the Clerk of Court to close this case as inadvertently opened and to file Victory's complaint in Case No. 2:25-cv-00604-APG-DJA.

## Conclusion

IT IS THEREFORE ORDERED that **the Clerk of the Court is directed to CLOSE THIS CASE** as inadvertently opened and file the complaint (ECF No. 1-1) as a proposed complaint in Case No. 2:25-cv-00604-APG-DJA.

IT IS FURTHER ORDERED that plaintiff's application to proceed *in forma pauperis* **[ECF No. 3] is DENIED** as moot.

Dated: April 28, 2025

_____
U.S. District Judge Jennifer A. Dorsey

---

[5] *Id.*